UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LAMONT WOODS, | ) | CASE NO. CV 10-7777-DSF (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| T. L. GONZALEZ, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/1/10 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\WoodsJudgment.wpd